UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**NICHOLAS D. TRBOVICH, JR.**

and

**PAMELA TRBOVICH,**

                        **Plaintiffs,**

       v.                                     Civil Action No. 3:16-cv-00302-REP

**JOSEPH L. GARCIA, et al.**

                        **Defendants.**

## SATISFACTION OF JUDGMENT AGAINST JOSEPH L. GARCIA

Judgment was rendered in favor of the above-named plaintiffs and against defendant Joseph L. Garcia in the above-captioned action, on the 20th day of October, 2016, in the sum of $125,000.00, plus pre- and post-judgment interest. (Dkt. 18). The plaintiffs have agreed to receive – and in fact have received – a sum of money less than the full amount of the outstanding judgment in satisfaction of said judgment and therefore desire to release this judgment as against Joseph L. Garcia in full.

Notwithstanding the above, this document is not intended to release any portion of that judgment awarded against defendant Vicki Shunkwiler Garcia on August 23, 2016 (dkt. 11). It is the plaintiffs' intent and request that their judgment against Vicki Shunkwiler Garcia remain in full force and effect, with credit given for all sums received in partial satisfaction thereof.

Respectfully submitted,

**NICHOLAS D. TRBOVICH, JR.
PAMELA TRBOVICH**

By Counsel

/s/ Thomas J. Moran
Thomas J. Moran (VSB No. 71296)
SETLIFF LAW, PC
4940 Dominion Boulevard
Glen Allen, VA 23060
Telephone: (804) 377-1268
Facsimile: (804) 377-1288
email: tmoran@setlifflaw.com
*Counsel for Nicholas D. Trbovich, Jr. & Pamela Trbovich*

### CERTIFICATE OF SERVICE

I hereby certify that on this 23d day of April, 2019, the foregoing was filed via the Court's Electronic Case Filing system, which will send electronic notice of the filing to all counsel of record.

/s/ Thomas J. Moran
Thomas J. Moran (VSB No. 71296)
SETLIFF LAW, PC
4940 Dominion Boulevard
Glen Allen, VA 23060
Telephone: (804) 377-1260
Facsimile: (804) 377-1280
Email: tmoran@setlifflaw.com